■ FRANK P. MORABITO, Appellant, v. GLENS FALLS INSURANCE CO., Respondent.— Motion granted to extent appeal may be prosecuted on an original typewritten record, and five typewritten copies of the record, one of which shall be the ribbon copy, and five typewritten copies of brief.

■ In the Matter of the Estate of KIRICOULA GARAS, Deceased.— Appeal dismissed unless records and briefs are filed and served on or before March 6, 1961. Respondent's brief must be filed by March 16, 1961 if appeal is to be argued at March 1961 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY SMIECH and HAROLD BALE, Appellants.— Motion granted and order dismissing appeal vacated.